# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*, <br><br> *Defendants-Appellees*. | Case Nos.  24-6139 <br> 24-6140 <br> 24-6141 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.l(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Black Emergency Response Team, American Indian Movement Territory, University of Oklahoma Chapter of the American Association of University Professors, Oklahoma State Conference of the National Association for the Advancement of Colored People, Precious Lloyd, Anthony Crawford, and Regan Killacky, who are Plaintiffs-Appellants in the above captioned case.

Dated this 18th day of July, 2024.

        Respectfully submitted,

        */s/ Adam H. Hines*
        Adam H. Hines
        Oklahoma Bar Number: 35640
        American Civil Liberties Union of
        Oklahoma Foundation
        P.O. Box 13327
        Oklahoma City, OK 73113
        (405) 286-1104
        ahines@acluok.org

        *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

07/18/2024
Date

/s/ Adam Hines
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

3

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
        [date]

Form to: _____

at_____,

the last known address/email address, by _____.
                                                      [state method of service]

07/18/2024
Date

/s/ Adam Hines
Signature