UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 31, 2024

Ms. Julia Beskin
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022-0000

Ms. Maya Brodziak
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

William Patrick Flanagan
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Mr. Garry Michael Gaskins II
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

Mr. Adam Hines
ACLU of Oklahoma Foundation
Legal Department
P.O. Box 13327
Oklahoma City, OK 73113

Ms. Sarah A. Hinger
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Mr. David Hinojosa
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Ms. Tina Sharell Ikpa
University of Oklahoma
Office of Legal Counsel
660 Parrington Oval, Suite 213
Norman, OK 73019

Mr. Kevin S. Johns
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022-0000

Mr. Douglas Koff
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022-0000

Ms. Megan Lambert
ACLU of Oklahoma Foundation
Legal Department
P.O. Box 13327
Oklahoma City, OK 73113

Zakiya Shani Lewis
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Ms. Sara Solfanelli
Schulte, Roth & Zabel
919 Third Avenue
New York, NY 10022-0000

Mr. Emerson Sykes
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Ms. Leah Watson
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Martin Daniel Weitman
University of Oklahoma
Office of Legal Counsel

660 Parrington Oval, Suite 213
Norman, OK 73019

Zachary Paul West
Office of the Attorney General for the State of Oklahoma
Litigation Department
313 NE 21st Street
Oklahoma City, OK 73105

**RE:**     **24-6139, 24-6140, 24-6141, Black Emergency Response Team, et al v. Drummond, et al**
Dist/Ag docket: 5:21-CV-01022-G

Dear Counsel/Appellant:

Please be advised that briefing in this cross-appeal has commenced. Briefing shall proceed in accordance with Fed. R. App. P. 28.1. **Please make sure to use the correct cross-appeal briefing event codes when filing your briefs via the court's Electronic Case Filing System (ECF), as indicated below. In addition, please make sure to apply your docket entries to both cases.**

Please note the following:

1. The party who files a notice of appeal first is the appellant for purposes of the cross-appeal. If notices are filed on the same day, the plaintiff in the proceeding below is the appellant.
2. Appellant's principal brief (which must be docketed as the first brief on cross-appeal) shall be served and filed within 40 days from the date the originating court transmitted the "notice record complete" (OR 40 days from the date the record on appeal was filed in this court). The due date is September 9, 2024.
3. Appellee's principal and response brief (which must be docketed as the second brief on cross-appeal) shall be served and filed within 30 days after appellant's principal brief is served.
4. Appellant's response and reply brief (which must be docketed as the third brief on cross-appeal) shall be served and filed within 30 days after appellee's principal and response brief is served.
5. Appellee's reply brief (which must be docketed as the fourth brief on cross-appeal) shall be served and filed within 21 days after appellant's response and reply brief is served.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Justin C Cliburn
Taylor Alexis Dumpson
Andy N. Ferguson
Fred Andrew Fugitt

CMW/at