FILED
United States Court of Appeals
Tenth Circuit

August 1, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

―――――――――――――――――――

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, et al.,<br><br>　　Plaintiffs - Appellants/Cross-Appellees,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, et al.,<br><br>　　Defendants - Appellees/Cross-Appellants,<br><br>and<br><br>UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, et al.,<br><br>　　Defendants. | Nos. 24-6139, 24-6140 & 24-6141<br>(D.C. No. 5:21-CV-01022-G)<br>(W.D. Okla.) |

―――――――――――――――――――

**ORDER**

―――――――――――――――――――

These cross-appeals are before the court upon receipt and review of the respective docketing statements, a review of the underlying district court docket, and for case management purposes.

First, going forward, the parties shall use the caption applicable to the relevant matter as set forth above.

Second, for the sake of clarity, in this order, the court will adopt the naming conventions used by the parties. That is, the court will refer to the plaintiffs in the underlying district court proceeding as the "Plaintiffs-Appellants." The court will refer to the appellants in no. 24-6140 as the "University Defendants." The court will refer to the appellants in no. 24-6141 as the "State Defendants."

Pursuant to Federal Rule of Appellate Procedure 28.1(b), these cross-appeals will proceed with the Plaintiffs-Appellants as the initial appellants. Merits briefing shall proceed as follows:

(1) On or before September 9, 2024, Plaintiffs-Appellants shall serve and file the first brief on cross-appeal. *See* Fed. R. App. P. 28.1(f)(1); *see also* Court's correspondence dated July 31, 2024. The first brief on cross-appeal shall conform to the limitations set forth in Fed. R. App. P. 28.1(e)(2)(A). Absent further order of the court, the timing of the briefing shall be governed by Federal Rule of Appellate Procedure 28.1(f).

(2) The court directs all parties to confer regarding the preparation and filing of a single, agreed-upon appendix sufficient for the court's consideration of all issues in all of these matters. *Cf.* 10th Cir. R. 30.1(C). To the extent the parties agree to prepare and file a single, agreed-upon appendix, Plaintiffs-Appellants shall be responsible for filing the joint appendix concurrent with the filing of the first brief on cross-appeal.

(3) In the second brief(s) on cross-appeal, the University Defendants and State Defendants shall respond to the matters raised by Plaintiffs-Appellants in their

first brief on cross-appeal and also shall raise all arguments applicable to their respective appeals. The court prefers a single, consolidated second brief on cross-appeal to the extent it is practicable. *See* 10th Cir. R. 31.3(A). If, however, separate briefs are filed, the University Defendants and State Defendants must endeavor to avoid duplication of argument and recitation of facts. To the extent the University Defendants and State Defendants file a joint second brief, that brief must conform to the limitations set forth in Federal Rule of Appellate Procedure 28.1(e)(2)(B).

(4) In the third brief on cross-appeal, Plaintiffs-Appellants shall respond to the issues raised by the University Defendants and the State Defendants in the second brief, and also may reply to University Defendants' and State Defendants' responses to the issues Plaintiffs-Appellants raised in their appeal.

(5) Finally, in the fourth brief on cross-appeal, the University Defendants and State Defendants may submit their reply in support of their respective cross-appeals. The fourth brief on cross-appeal must conform to the limitations set forth in Federal Rule of Appellate Procedure 28.1(c)(4).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk