**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

# Selected docket entries for case 24−6139

Generated: 07/01/2025 13:20:12

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 08/05/2024 | 42 Joint Motion to Hold Appeal in Abeyance **DOCUMENT COULD NOT BE RETRIEVED!** | | [11110305] Joint Motion filed by Appellants / Cross−Appellees American Indian Movement Indian Territory, Black Emergency Response Team, Anthony Crawford, Regan Killackey, Precious Lloyd, Oklahoma State Conference of the National Association for the Advancement of Colored People and University of Oklahoma Chapter of the American Association of University Professors & Appellees / Cross−Appellants State Defendants and University Defendants to abate case. Served on: 08/05/2024. Manner of service: email. This pleading complies with all required privacy and virus certifications: Yes. [24−6139, 24−6140, 24−6141] −−[Edited docket text 08/06/2024 by SLS] AH |