Nos. 24-6139, 24-6140, & 24-6141

# In the United States Court of Appeals for the Tenth Circuit

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

*Plaintiffs-Appellants,*

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*,

*State Defendants-Appellees.*

&

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, *et al.*,

*University Defendants-Appellees.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Honorable Charles Goodwin, District Judge

**ABEYANCE STATUS UPDATE**

Per this Court's Order Abating Appeal, Plaintiffs-Appellants, Black Emergency Response Team, et al. respectfully notify this Court of developments in the district court relevant to abatement. On August 27, 2024, the district court issued an order[1] requesting the Oklahoma Supreme Court answer six certified questions concerning the

---

[1] Plaintiffs-Appellants also note that on August 30, 2024, the district court issued a separate scheduling order for discovery proceedings concerning Plaintiffs-Appellants Equal Protection Clause claim against H.B. 1775. But that claim is not included in any party's appeal or otherwise relevant to this Court's abeyance of the instant appeal.

1

interpretation of H.B. 1775 (Okla. Stat. tit. 70 § 24-157) and a provision of the Oklahoma Constitution. Exhibit 1.

Respectfully submitted,

*/s/ Adam H. Hines*
Adam H. Hines
Oklahoma Bar Number: 35640
Megan Lambert
Oklahoma Bar Number: 33216
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org
mlambert@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

Maya Brodziak
Zakiya Lewis
LAWYERS' COMMITTEE FOR CIVIL
 RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
Zlewis@lawyerscommittee.org

Douglas Koff
Julia Beskin
Sara Solfanelli
Kevin Scot Johns
SCHULTE ROTH & ZABEL LLP
919 Third Avenue New York, NY 10022
douglas.koff@srz.com
julia.beskin@srz.com
sara.solfanelli@srz.com
kevin.johns@srz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Adam H. Hines*

Adam H. Hines

## **CERTIFICATE OF COMPLIANCE**

This notice complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman style.

*/s/ Adam H. Hines*
Adam H. Hines

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; that submitted paper copies are exact copies of this document; and that this digital submission has been scanned for viruses using Microsoft Defender and, according to that program, is virus free.

*/s/ Adam H. Hines*
Adam H. Hines