Nos. 24-6139, 24-6140, & 24-6141

# In the United States Court of Appeals for the Tenth Circuit

BLACK EMERGENCY RESPONSE TEAM, *et al.,*

            *Plaintiffs-Appellants,*

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.,*

            *State Defendants-Appellees.*

&

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, *et al.*,

            *University Defendants-Appellees.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Honorable Charles Goodwin, District Judge

## ABEYANCE STATUS UPDATE

On June 2, 2025, this Court ordered the continued abatement of these cross-appeals and directed Plaintiffs/Appellants to file a status update with this Court by September 2, 2025, or within five days of events that materially affected this Court's decision to abate the case given the pending certified questions to the Oklahoma Supreme Court. Doc. 52.

On June 16, 2025, the Oklahoma Supreme Court issued its opinion answering certified questions one through three and declining to answer questions four through

six.[1] Exhibit 1. Though the Oklahoma Supreme Court's opinion is necessary context for assessing the District Court's Order of Preliminary Injunction, many of the parties' disputed issues with the Order of Preliminary Injunction remain unchanged. The Oklahoma Supreme Court's opinion did clarify that Section A of the Act does not reach College and University Classrooms. *Id.* at 2025 OK 44, ¶ 15-17.

Plaintiffs/Appellants have conferred with University Defendants/Appellees and State Defendants/Appellees regarding this update. Given that the reason for abating these cross-appeals (awaiting a decision from the Oklahoma Supreme Court) has passed, Plaintiffs/Appellants and University Defendants/Appellees believe the abatement of these cross-appeals should cease and briefing should move forward. State Defendants/Appellees have not yet provided their position on abatement.

Respectfully submitted,

*/s/ Maya Brodziak*

Maya Brodziak
Zakiya Lewis
LAWYERS' COMMITTEE FOR CIVIL
 RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
mbrodziak@lawyerscommittee.org
Zlewis@lawyerscommittee.org

---

[1] *See* Certified Questions Case Docket, Supreme Court No. CQ-122472, Oklahoma State Courts Network (OSCN), https://oscn.net/dockets/GetCaseInformation.aspx?db=appellate&number=122472&cmid=138420 (last accessed on June 18, 2025).

Megan Lambert
Oklahoma Bar Number: 33216
Adam H. Hines
Oklahoma Bar Number: 35640
AMERICAN CIVIL LIBERTIES UNION
　FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org
mlambert@acluok.org

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES
　UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

Douglas Koff
Julia Beskin
Kevin Scot Johns
SCHULTE ROTH & ZABEL LLP
919 Third Avenue New York, NY 10022
douglas.koff@srz.com
kevin.johns@srz.com
julia.beskin@srz.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Maya Brodziak*

Maya Brodziak

## CERTIFICATE OF COMPLIANCE

This notice complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman style.

*/s/ Maya Brodziak*

Maya Brodziak

**CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; that submitted paper copies are exact copies of this document; and that this digital submission has been scanned for viruses using Microsoft Defender and, according to that program, is virus free.

*/s/ Maya Brodziak*

Maya Brodziak