**Nos. 24-6139, 24-6140, & 24-6141**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

*Plaintiff-Appellants,*

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*,

*State Defendants-Appellees.*

&.

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, *et al.*,

*University Defendants-Appellees.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Honorable Charles Goodwin, District Judge

## ABEYANCE STATUS UPDATE

State Defendants/Appellees hereby provide their position on abatement as ordered on June 24, 2025. On June 20, 2025, the Order from the Oklahoma Supreme Court answering certified questions one through three and declining to answer questions four through six was filed with the District Court. It does not appear that any party is going to seek rehearing at the Oklahoma Supreme Court as permitted by Okla.Sup.Ct.R. 1.13. Therefore, State Defendants agree that abatement of these cross-appeals should cease and briefing should move forward.

    Respectfully Submitted,

    s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
  *Solicitor General*
ZACH WEST
  *Director of Special Litigation*
Will Flanagan
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Main:   (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

*Counsel for State Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This notice complies with the typeface requirements of Fed. R. App. P. 32 because it was prepared in a proportionally spaced font (Garamond, 14-point) using Microsoft Word for 365.

s/ *Garry M. Gaskins, II*
_____
GARRY M. GASKINS, II

## CERTIFICATE OF DIGITAL SUBMISSION

All required privacy redactions have been made as required by 10th Cir. R. 25.5 and the ECF Manual. Additionally, this filing was scanned with Crowdstrike antivirus updated on June 20, 2025.

s/ *Garry M. Gaskins, II*
_____
GARRY M. GASKINS, II

## CERTIFICATE OF SERVICE

I certify that on June 26, 2025, I caused the foregoing to be filed with this Court and served on all parties via the Court's CM/ECF filing system. No paper copies are required pursuant to 10th Cir. R. 27.2.

s/ *Garry M. Gaskins, II*
_____
GARRY M. GASKINS, II
