**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 26, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

BLACK EMERGENCY RESPONSE
TEAM, et al.,

      Plaintiffs - Appellants/Cross-
      Appellees,

v.

GENTNER DRUMMOND, in his official
capacity as Oklahoma Attorney General, et
al.,

      Defendants - Appellees/Cross-
      Appellants,

and

UNIVERSITY OF OKLAHOMA BOARD
OF REGENTS, et al.,

      Defendants.

Nos. 24-6139, 24-6140 & 24-6141
(D.C. No. 5:21-CV-01022-G)
(W.D. Okla.)

_____

## ORDER

_____

This matter is before the court following review of the parties' June 23 and 26,

2025 status reports, where the parties agree that the abatement of these cross-appeals

should be lifted and that merits briefing should proceed.

Upon consideration, the abatement is lifted in these cross-appeals and briefing will

proceed as follows.

Within 30 days from the date of this order, Plaintiffs-Appellants shall file the first brief on cross-appeal and appendix. Briefing will otherwise proceed pursuant to Fed. R. App. P. 28.1 and this court's August 1, 2024 order regarding briefing in these appeals.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk