Nos. 24-6139, 24-6140, 24-6141

# In the United States Court of Appeals for the Tenth Circuit

BLACK EMERGENCY RESPONSE TEAM, et al.,

*Plaintiffs-Appellants/Cross-Appellees,*

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al.,

*Defendants-Appellees/Cross-Appellants,*

and

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, et al.,

*Defendants.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Honorable Charles Goodwin, District Judge

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE FIRST BRIEF ON CROSS-APPEAL**

Emerson Sykes
Leah Watson
Sarah Hinger
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
esykes@aclu.org
lwatson@aclu.org
shinger@aclu.org

Megan Lambert
Oklahoma Bar Number: 33216
Adam H. Hines
Oklahoma Bar Number: 35640
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
ahines@acluok.org
mlambert@acluok.org

| | |
|---|---|
| Maya Brodziak<br>Zakiya Lewis<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>mbrodziak@lawyerscommittee.org<br>zlewis@lawyerscommittee.org | Douglas Koff<br>Julia Beskin<br>Sara Solfanelli<br>Kevin Scot Johns<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>douglas.koff@srz.com<br>julia.beskin@srz.com<br>sara.solfanelli@srz.com<br>kevin.johns@srz.com |

*Counsel for Plaintiffs-Appellants*

Pursuant to 10th Cir. R. 27.6, Plaintiffs-Appellants respectfully request an additional 30 days to file their first brief on cross-appeal in the above-captioned case. In support, Plaintiffs state:

1. Plaintiffs-Appellants' brief is currently due on July 28, 2025.

2. Plaintiffs-Appellants' counsel have conflicting obligations in this and other litigation and pre-existing travel plans.

    a. Counsel for Plaintiffs-Appellants' brief in opposition to Defendants-Appellees University of Oklahoma Board of Regents' Motion for Reconsideration in the Western District of Oklahoma is due July 23, 2025. *See* Dkt. 255.

    b. Megan Lambert, counsel from the ACLU of Oklahoma, is currently on sabbatical and will return August 11, 2025.

    c. Adam Hines, counsel from the ACLU of Oklahoma, is on leave for his wedding from July 3 to July 14, 2025.

    d. Emerson Sykes, lead counsel from the ACLU Foundation, has a brief in opposition to a motion to dismiss due July 16, 2025 in *E.K. et al. v. DoDEA et al.*, No. 1:25-cv-637 (E.D.Va.). See Dkt. 53. Mr. Sykes is scheduled to argue on behalf of plaintiffs at a hearing on the motion to dismiss on July 24, 2025. See Dkt. Notice on June 27, 2025.

    e. Sarah Hinger and Leah Watson of the ACLU Foundation have a combined summary judgment reply brief and opposition to a motion to dismiss in *NEA v. U.S. Dep't of Educ.*, No. 1:25-cv-00091 (D.N.H.) due July 18, 2025. See Dkt. 80. Ms. Hinger will be traveling on vacation from August 7 to August 18, 2025. Ms. Watson will be traveling on vacation from August 8 to August 18, 2025.

    f. Douglas Koff and Kevin Scot Johns, counsel from Schulte, Roth & Zabel LLP have significant discovery deadlines approaching in *NWCC, LLC v. Prelude Capital Management, LLC*, No. 659219/2024 (Sup. Ct. NY), including party discovery closing on July 18, 2025 and non-party document discovery closing on August 29, 2025. See Dkt. 19.

    g. Julia Beskin, counsel from Schulte, Roth & Zabel LLP, will be on vacation July 25 to August 1, 2025 and August 11 to August 18, 2025.

3. Given the above conflicting litigation deadlines and pre-existing travel plans, it will not be possible to file Plaintiffs-Appellants' first brief on cross-appeal on time, even if due diligence is exercised and priority is given to the preparation of the brief.

4. Counsel for Defendants-Appellees do not oppose the requested extension of time.

5. This is Plaintiffs-Appellants' first extension request.

6. This motion complies with 10th Cir. R. 27.6(B), as it is filed more than the required 3 days before the brief's due date.

For these reasons, Plaintiffs-Appellants respectfully request an extension of 30 days from July 28, 2025 to August 27, 2025 to file their first cross appeal brief.

Respectfully submitted,

| | |
|---|---|
| Megan Lambert<br>Oklahoma Bar Number: 33216<br>Adam H. Hines<br>Oklahoma Bar Number: 35640<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA<br>P.O. Box 13327<br>Oklahoma City, OK 73113<br>Tel.: 405-524-8511<br>ahines@acluok.org<br>mlambert@acluok.org | /s/ Emerson Sykes<br>Emerson Sykes<br>Leah Watson<br>Sarah Hinger<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>esykes@aclu.org<br>lwatson@aclu.org<br>shinger@aclu.org |
| Maya Brodziak<br>Zakiya Lewis<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>mbrodziak@lawyerscommittee.org<br>zlewis@lawyerscommittee.org | Douglas Koff<br>Julia Beskin<br>Sara Solfanelli<br>Kevin Scot Johns<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>douglas.koff@srz.com<br>julia.beskin@srz.com |

sara.solfanelli@srz.com
kevin.johns@srz.com

Dated July 3, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Emerson Sykes*
Emerson Sykes

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 449 words.

This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman style.

*/s/ Emerson Sykes*
Emerson Sykes
