UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| BLACK EMERGENCY RESPONSE TEAM, *et al.*,<br>*Plaintiff-Appellants,*<br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma *et al.*,<br>*Defendants-Appellees.* | Case No. 24-6139<br>24-6140<br>24-6141 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

American Indian Movement Territory, Oklahoma State Conference of the National Association for the Advancement of Colored People, Precious Lloyd, Anthony Crawford, Regan Killacky
[Party or Parties][1]

---

Plaintiffs-Appellants______________________________________, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Dariely Rodriguez
Name of Counsel

*/s/ Dariely Rodriguez*
Signature of Counsel

1500 K Street NW, Suite 900, Washington, DC 20005
(202) 662-8600
Mailing Address and Telephone Number

DRodriguez@lawyerscommittee.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

August 20, 2025_________
Date

*/s/ Dariely Rodriguez*_________________
Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________

at_________________________________________________________________,

the last known address/email address, by _______________________________________________.
[state method of service]

August 20, 2025______________
Date

*/s/ Dariely Rodriguez*_____________________
Signature