**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**September 2, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

BLACK EMERGENCY RESPONSE
TEAM, et al.,

      Plaintiffs,

and

OKLAHOMA STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE, et al.,

      Plaintiffs - Appellants/Cross-
      Appellees,

v.

GENTNER DRUMMOND, in his official
capacity as Oklahoma Attorney General, et
al.,

      Defendants - Appellees/Cross-
      Appellants,

and

UNIVERSITY OF OKLAHOMA BOARD
OF REGENTS, et al.,

      Defendants.

_____

BLACK EMERGENCY RESPONSE
TEAM, et al.,

      Plaintiffs,

No. 24-6139
(D.C. No. 5:21-CV-01022-G)
(W.D. Okla.)

and

OKLAHOMA STATE CONFERENCE OF
THE NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF COLORED
PEOPLE, et al.,

    Plaintiffs - Appellees,

v.

JOHN R. BRAUGHT, et al.,

    Defendants - Appellants,

and

GENTNER DRUMMOND, in his official
capacity as Oklahoma Attorney General, et
al.,

    Defendants.

No. 24-6140
(D.C. No. 5:21-CV-01022-G)
(W.D. Okla.)

_____

BLACK EMERGENCY RESPONSE
TEAM, et al.,

    Plaintiffs - Appellees,

v.

GENTNER DRUMMOND, in his official
capacity as Oklahoma Attorney General, et
al.,

    Defendants - Appellants,

and

JOHN R. BRAUGHT, et al.,

    Defendants.

No. 24-6141
(D.C. No. 5:21-CV-01022-G)
(W.D. Okla.)

_____

## ORDER

_____

These matters are before the court on the amicus brief submitted by Oklahoma

Appleseed Center for Law and Justice. (Dkt. No. 80 in appeal no. 24-6139; Dkt. No. 72

in appeal no. 24-6141.) The brief indicates that all parties consent to its filing. *See* Fed. R.

App. P. 29(a)(2). However, the brief was filed only in appeal nos. 24-6139 and 24-6141.

It was not filed in appeal no. 24-6140.

Upon consideration, the court rejects the brief as filed. The court directs Oklahoma

Appleseed Center to re-file the brief captioned for appeal nos. 24-6139, 24-6140, and 24-

6141. Other than altering the caption, the re-filed brief must be identical in all respects to

the brief previously submitted for filing. Upon receipt of the re-captioned brief, the court

directs its Clerk to accept and file the brief in all three appeals.

The court reminds all parties and amici that going forward, all papers, filings,

briefs, and other submissions must be captioned for, and filed in, all three appeals (i.e.,

nos. 24-6139, 24-6140, and 24-6141) unless specific good cause exists to file or submit a

particular paper, filing, brief, or other submission in less than all three appeals.


      Entered for the Court


      CHRISTOPHER M. WOLPERT, Clerk

3