## No. 24-6139, 24-6140, & 24-6141

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

No. 24-6139

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

*Plaintiffs*,

and

OKLAHOMA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

*Plaintiffs - Appellants/Cross-Appellees*,

v.

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, *et al.*,

*Defendants - Appellees/Cross-Appellants*,

and

UNIVERSITY OF OKLAHOMA BOARD OF REGENTS, *et al.*,

*Defendants.*

---

No. 24-6140

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

*Plaintiffs*,

and

OKLAHOMA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,

*Plaintiffs - Appellees*,

v.

JOHN R. BRAUGHT, *et al.*,

*Defendants - Appellants*,

and

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, *et al.*,

1

*Defendants.*

No. 24-6141

BLACK EMERGENCY RESPONSE TEAM, *et al.*,

*Plaintiffs - Appellees*,

v.

GENTNER DRUMMOND, in his official capacity as Oklahoma Attorney General, *et al.*,

*Defendants - Appellants*,

and

JOHN R. BRAUGHT, *et al.*,

*Defendants.*

On Appeal from the U.S. District Court for the Western District of Oklahoma, Case No. 5:21-CV-1022-G, Honorable Charles Goodwin, District Judge

# RESPONSE IN OPPOSITION TO NATIONAL ACADEMY OF EDUCATION'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR LEAVE AND AMICUS CURIAE BRIEF

GARRY M. GASKINS, II
  *Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Main:  (405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for State Defendants*

ZACH WEST
  *Director of Special Litigation*
WILL FLANAGAN
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Main:  (405) 521-3921
Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

2

The State Defendants[1] hereby object to National Academy of Education's ("NAE") request for an enlargement of time to file a proposed amicus curiae brief because NAE has failed to establish due diligence in preparing its brief.[2]

"Extensions of time to file briefs are disfavored." 10th Cir. R. 27.6(A). This Court's rules require the extension motion to "establish that it will not be possible to file the brief on time, even if the party exercises due diligence and gives priority to preparing the brief." 10th Cir. R. 27.6(D).

Here, NAE fails to establish or argue that it will not be possible to file the brief on time, even if it exercises due diligence and gives priority to preparing the brief. For example, NAE fails to identify other "litigation by caption, number, and court" preventing its counsel from timely completing the amicus curiae brief. 10th Cir. R. 27.6(E)(1). Likewise, NAE fails to argue that "the case is so complex that an adequate brief cannot reasonably be prepared by the due date" or that "counsel will suffer extreme hardship" by filing the brief in a timely manner. 10th Cir. R. 27.6(E)(2)–(3).

---

[1] At present, the "State Defendants" are Gentner Drummond, J. Kevin Stitt, Ryan Walters, Zachary Archer, Sarah Lepak, Mike Tinney, Ryan Deatherage, Chris Van Dehende, Becky Carson, Dennis Casey, Courtney Warmington, Steven Taylor, Dustin Hilliary, P. Mitchell Adwon, Jr., Jeffrey Hickman, Ken Levit, Jack Sherry, and Michael Turpen.

[2] NAE also seeks an extension of the deadline to seek leave to file an amicus curiae brief. But a motion for leave to file an amicus curiae brief is unnecessary under Fed. R. App. P. Rule 29(a)(2) because all parties consent to NAE filing a *timely* brief. Therefore, an extension of this deadline is unnecessary.

And NAE fails to "state facts demonstrating the complexity" or "the nature of the hardship." *Id.*

NAE's motion itself demonstrates a lack of due diligence. This appeal has been pending since July 2024, on the public docket. Moreover, Plaintiffs already secured a thirty-day extension to file their principal brief, which in turn afforded NAE the same additional time to submit its amicus curiae brief. *See* Fed. R. App. P. 29(a)(6). NAE offers no explanation for why—ignoring the one year this appeal has been abated—this generous thirty-day extension was insufficient to prepare an amicus brief. Indeed, NAE concedes that it waited until the eve of the extended deadline to retain counsel, a course of action that epitomizes the absence of diligence. *See* Doc. 78 at ¶ 4 (stating "the undersigned counsel was engaged this week").

Finally, granting the requested extension would prejudice State Defendants by reducing the time available to consider and potentially respond to NAE's arguments. For these reasons, NAE's motion for an extension should be denied.

Respectfully Submitted,

s/ *Garry M. Gaskins, II*
GARRY M. GASKINS, II
  *Solicitor General*
ZACH WEST
  *Director of Special Litigation*
WILL FLANAGAN
  *Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Main:   (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

*Counsel for State Defendants*

## C**ERTIFICATE OF** C**OMPLIANCE**

This notice complies with the typeface requirements of Fed. R. App. P. 27(d) and 32(a) because it was prepared in a proportionally spaced font (Garamond, 14-point) using Microsoft Word 365.

s/ *Garry M. Gaskins, II*
G<span style="font-size:smaller">ARRY</span> M. G<span style="font-size:smaller">ASKINS</span>, II

## C**ERTIFICATE OF** D**IGITAL** S**UBMISSION**

All required privacy redactions have been made as required by 10th Cir. R. 25.5 and the ECF Manual. Additionally, this filing was scanned with Crowdstrike antivirus updated on September 3, 2025.

s/ *Garry M. Gaskins, II*
G<span style="font-size:smaller">ARRY</span> M. G<span style="font-size:smaller">ASKINS</span>, II

## C**ERTIFICATE OF** S**ERVICE**

I certify that on September 3, 2025, I caused the foregoing to be filed with this Court and served on all parties via the Court's CM/ECF filing system. No paper copies are required pursuant to 10th Cir. R. 27.2.

s/ *Garry M. Gaskins, II*
G<span style="font-size:smaller">ARRY</span> M. G<span style="font-size:smaller">ASKINS</span>, II
